[No. 23497-1-II.    Division Two.    May 26, 2000.]

ERICK HARRINGTON, *Appellant*, v. BECKY PERDUE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-3-00560-2, Terry D. Sebring, J., entered June 19, 1998. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Seinfeld, J.


[No. 23891-8-II.    Division Two.    May 26, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO PEREZ-VILLA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-02657-1, Frederick B. Hayes, J., entered September 15, 1998. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Bridgewater, JJ.


[No. 24216-8-II.    Division Two.    May 26, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOAQUIN MENDEZ-CARINO, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 95-1-00036-2, Kenneth D. Williams, J., entered December 11, 1998. *Reversed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Houghton, JJ.


[No. 24238-9-II.    Division Two.    May 26, 2000.]

MATTHEW FASSEL, *Appellant*, v. THE CITY OF TACOMA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-06245-0, Thomas Felnagle, J., entered January 21, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, J., and Draper, J. Pro Tem.